UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Stacy Keil,

       Plaintiff,                                   Case No. 10-13973

v.                                                           Hon. Nancy G. Edmunds

Commissioner of Social Security,

       Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

     This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act [#20] is DENIED.

     SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: January 11, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 11, 2012, by electronic and/or ordinary mail.

                                          s/Carol A. Hemeyer
                                          Case Manager